NO. 07-12-0225-CR
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 JUNE 19, 2012
 ______________________________

 CARLOS I. MORIN,

Appellant

 v.

 THE STATE OF TEXAS,

Appellee
 _________________________________

 FROM THE 137th DISTRICT COURT OF LUBBOCK COUNTY;

 NO. 2007-418,394; HON. CECIL PURYEAR, PRESIDING
 _______________________________

 Order of Dismissal
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
Carlos I. Morin, appellant, attempts to appeal from his conviction for assault. The trial court pronounced sentence and signed the judgment in October of 2008. Appellant did not file his notice of appeal until June 1, 2012. We dismiss for want of jurisdiction.

To be timely, a notice of appeal must be filed within thirty days after the sentence is imposed or suspended in open court or within ninety days after that date if a motion for new trial is filed. Tex. R. App. P. 26.2(a). Therefore, the deadline for perfecting an appeal here lapsed several years ago. 
A timely filed notice of appeal is essential to invoke our appellate jurisdiction. Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). If it is untimely, we can take no action other than to dismiss the proceeding. Id. at 523. Appellant's notice being untimely filed, we have no jurisdiction over the matter and dismiss the appeal.
Accordingly, appellant's appeal is dismissed.

Per Curiam 

Do not publish.